UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :     No.: 18-15374 - MDC

      William B. Cook                 :

      Debtor                              :     Chapter: 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE ABOVE COURT AND ALL PARTIES IN INTEREST:

      Kindly enter my appearance and provide notices for creditor Mark Hollingsworth.

      PLEASE TAKE NOTICE, that the undersigned attorney requests that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address.

*Yours, etc.*

_____
Jonathan H. Stanwood, Esq.
1628 J.F.K. Blvd, Suite 1000
Philadelphia, Pa 19103
(215) 569-1040
JHS@STANWOODLAW.COM
DATED: OCTOBER 23, 2018