**Veterans United.**
*Home Loans*

4700 S. Providence Road 201 | Columbia, MO 65217

*This letter is for your agent and the seller*

June 30, 2020 -- NMLS #1907

Hello!

I appreciate the opportunity to contact you regarding your home. We are pleased to inform you that we have preapproved William Cook for the following home loan:

**Preapproval Summary**

| Name: | William Cook |
|---|---|
| Loan Type: | VA Home Loan |
| Preapproved Purchase Price: | $400,000 |

We understand you have an important decision to make. That's why we take preapprovals seriously. We've reviewed William's documents, and we are committed to providing excellent communication and service throughout the entire process.

To us, William is more than just a customer. As part of the military community, William Cook protected the lifestyle and freedoms we enjoy today. Now we hope to help this deserving homebuyer achieve a piece of the American Dream that our Armed Forces defend. There is so much about your home to love, and William is looking forward to establishing strong roots in your community, specifically in your home.

Every day we help Veterans and military families achieve homeownership, and we're proud that 97.9% of our customers would recommend us to friends and family. You can also take comfort in the fact that Veterans United Home Loans is the largest provider in VA purchase loans in the nation.

Please keep in mind that standard loan contingencies such as acceptable appraisal, acceptable title policy, acceptable flood certification, clear termite inspection and final underwriting approval still apply. Any changes to income, assets, or credit could also affect the preapproval. Other conditions specific to this loan include:

- Acceptable VA issued Certificate of Eligibility
- 

Thank you for considering this offer from one of our nation's bravest.

### We look forward to working with you!

Wesley Earl
Loan Officer
NMLS #1631182
Office 800-814-1103 5895
Cell 573-268-3770
Wesley.Earl@vu.com



VeteransUnited.com | 4700 S. Providence Road 201 | Columbia, MO 65217 NMLS ID #1907 (www.nmlsconsumeraccess.org)
A VA Approved Lender; Not affiliated with the Dept. of Veterans Affairs or any government agency. Mortgage Research Center, LLC. Licensed in all 50 states.