UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| William B. Cook | : | Case No.: 18-15374(MDC) |
| Debtor (s) | : | Chapter 13 |

## ORDER

**AND NOW,** this \_\_5th\_\_ day of \_\_\_August\_\_\_, 2020, upon consideration of the Motion to Incur New Debt filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to finance the purchase of real property within ten percent (10%) of the pre-approval amount.

Date: _____

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge